UNITED STATES of America,
Plaintiff–Appellee,

v.

Corey Michael LEFTWICH,
Defendant–Appellant.

No. 14–6830.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 20, 2014.

Decided: Nov. 24, 2014.

Corey Michael Leftwich, Appellant Pro
Se. Jennifer P. May–Parker, Assistant
United States Attorney, Raleigh, North
Carolina, for Appellee.

Before KING and KEENAN, Circuit
Judges, and HAMILTON, Senior Circuit
Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Corey Michael Leftwich appeals the district court's order denying his motion for reduction of sentence filed pursuant to 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Leftwich,* No. 4:00–cr–00037–H–1 (E.D.N.C. May 12, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*